U.S.D.J. KIYO A. MATSUMOTO          DATE: **6/15/2011**

## CRIMINAL CAUSE FOR PLEADING

DOCKET & FILE

USA - v - **RUSSO ET AL**          Docket No. **11-CR-30 [KAM]**

Defendant: **JOSEPH CARNA**
 _X_ present          ____ not present    ___custody   _X_ bail

Def. Counsel: **JEREMY GUTMAN**
 _X_ present          ____ not present    _RET _LAS _X_ CJA

AUSA : **Elizabeth Geddes/ Allon Lifshitz**          Deputy: **S. Jackson**

Court Reporter/FTR# Henry Shapiro

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn ___ Arraigned ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant With draws Not Guilty Plea and Enters a Plea of Guilty to Count(s) **15&16**
  of the Indictment
✓ Court Finds Factual Basis for the Plea
✓ Sentencing is scheduled for **10/31/11 at 2:00pm.**
___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Court accepts the Plea of Guilty.
✓ Transcript Ordered:

✓ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **10/10/11**, with the government's **10/17/11**, reply by defendant, if any, shall be submitted and filed via ecf by **10/21/11**. The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.