**JEREMY GUTMAN**
ATTORNEY AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279

(212) 644-5200                                                                                     FAX: (212) 732-8486
                                                                                               E-MAIL: JEREMYGUTM@AOL.COM

July 25, 2011

**By ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Joseph Carna
                11 Cr. 30 (KAM)

Dear Judge Matsumoto:

      I am writing, with the consent of the government, to request an adjournment of the sentencing in the above-captioned case. The sentencing is currently scheduled for October 31, 2011, and I will be out of town during the latter part of October.

      Accordingly, I request that the sentencing be adjourned to a subsequent date that is convenient to the Court.

      Thank you for your consideration of this request.

                                Respectfully,

                                /s/
                              Jeremy Gutman
                              *Attorney for Defendant*
                              *Joseph Carna*