**JEREMY GUTMAN**
ATTORNEY AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279

(212) 644-5200                                                                                                         FAX: (212) 732-8486
E-MAIL: JEREMYGUTM@AOL.COM

August 9, 2012

**By ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Joseph Carna
     11 Cr. 30 (KAM)

Dear Judge Matsumoto:

  I regret to inform the Court that my client, Joseph Carna, died on August 1, 2012. Under the circumstances, I can take no position regarding the pending application for disclosure of plea agreements.

                Respectfully,

                /s/
                Jeremy Gutman
                *Former Attorney for Defendant*
                *Joseph Carna*